IN RE: E.H., A.B., and C.B.,

Appeal of: J.H.

1481 MDA 2016

Superior Court of Pennsylvania.

6/13/2017

Reargument Denied 7/24/2017

2016–0004, 2016–0005, 2016–0006 (Huntingdon)

Affirmed

COM.

v.

MALDONADO, P.

1504 MDA 2016

Superior Court of Pennsylvania.

06/13/2017

CP–38–CR–0000656–2015 (Lebanon)

Affirmed—Application to Withdraw as Counsel Granted

A.N.

v.

C.M.

1885 MDA 2016

Superior Court of Pennsylvania.

06/13/2017

08–S–440 (Adams)

Affirmed

COM.

v.

BOYD, W.

1612 EDA 2015

Superior Court of Pennsylvania.

06/14/2017

CP–51–CR–0010818–2011 (Philadelphia)

Affirmed

COM.

v.

MCVEIGH, D.

3367 EDA 2015

Superior Court of Pennsylvania.

06/14/2017

MC–51–CR–0028625–2014 (Philadelphia)

Affirmed

